IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEONARD COLBERT and LUCILLE ALLEN, § § § § Plaintiffs, § § v. § § FEDERAL NATIONAL MORTGAGE § ASSOCIATION, a/k/a Fannie Mae, § and BANK OF AMERICA, N.A., § § Defendants. § | CIVIL ACTION NO. H-12-2827 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today granting Defendants Federal National Mortgage Association and Bank of America, N.A.'s Motion to Dismiss, this action is **DISMISSED** with prejudice.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 8th day of February, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE