IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD COLBERT and<br>LUCILLE ALLEN,<br><br>      Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, a/k/a Fannie Mae,<br>and BANK OF AMERICA, N.A.,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-12-2827 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today granting Defendants Federal National Mortgage Association and Bank of America, N.A.'s Motion to Dismiss, this action is **DISMISSED** with prejudice.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 8th day of February, 2013.

                                                SIM LAKE
                                   UNITED STATES DISTRICT JUDGE